LAW OFFICES OF
# STEPHEN TURANO
———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

TEL (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

August 22, 2020

Hon. J. Paul Oetken, U.S.D.J.
United States District Court, SDNY
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    United States v. Angel Cruz-Tineo
           Docket No.: 17-cr.-527 (JPO)

Dear Judge Oetken:

    As Your Honor is aware, I represented Angel Cruz-Tineo in violation of probation on the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Cruz-Tineo was sentenced by the Court on January 24, 2020.

    I write to respectfully request that I be re-appointed *nunc pro tunc* to March 25, 2020, so that I may submit a CJA voucher for the work performed in connection with Mr. Cruz-Tineo's submissions to both the Bureau of Prisons and the Court for compassionate release. *See, e.g.*, ECF #s 83 and 88.

    I thank the Court for its attention to this matter.

Granted.
CJA Attorney Stephen J. Turano is hereby reappointed as counsel for defendant, Nunc Pro Tunc 3/25/2020 and may submit a CJA voucher for his work as indicated herein.
 So Ordered.
 Nov. 2, 2020

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

J. PAUL OETKEN
United States District Judge